EL PUEBLO, DEMANDANTE Y APELADO *v.* TURULL, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Mayagüez en causa sobre delito contra la salud pública.

No. 1412.—Resuelto en julio 8, 1919.

LECHE ADULTERADA—VENTA DE LECHE ADULTERADA—PRUEBA INSUFICIENTE PARA SOSTENER LA SENTENCIA.—En este caso fueron acusados Francisco Solano Laforet y Juan R. Turull por vender leche adulterada. Apelada la sentencia dictada contra el segundo, pues el primero fué absuelto, resulta del récord que la leche que ese día vendía Solano Laforet estaba adulterada, habiendo consistido la prueba de cargo en que Labiosa, inspector de sanidad, declaró que Turull no estaba en el puesto de leche que tiene el No. 15 cuando él ocupó la leche adulterada que vendía Solano, quien le dijo que compraba la leche a Turull. Con esta prueba y con la presentación de un certificado según el cual en agosto 2, 1918, fué inscrito un depósito de leche registrado con el número 17 terminó El Pueblo su prueba. *Se resolvió:* que tal prueba es insuficiente para sostener la sentencia dictada.

Los hechos están expresados en la opinión.

Abogados del acusado: *Sr. Angel A. Vázquez* y *Abraham Peña.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal del Supremo.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Francisco Solano Laforet y Juan R. Turull fueron acusados de vender leche de vaca adulterada el día 11 de diciembre de 1918 en la ciudad de Mayagüez. El primero de ellos fué absuelto pero el segundo condenado y entonces apeló de la sentencia.

Se probó por el fiscal que la leche que ese día vendía Solano Laforet estaba adulterada con agua y con respecto a la responsabilidad que pueda tener el apelante la prueba del pueblo consistió en que el testigo Lucas. Labiosa, inspector de sanidad, declaró que Turull no estaba en el puesto de leche que tiene el No. 15 cuando él ocupó la adulterada que vendía Solano quien le dijo que compraba la leche a Turull. La declaración del otro testigo Francisco Pastrana, policía insular, no aportó dato alguno en contra del apelante.

Con estas dos declaraciones y con la presentación de una certificación según la cual en 2 de agosto de 1918 fué inscrito un depósito de leche registrado con el No. 17 cuya licencia fué expedida a nombre de Juan R. Turull terminó el pueblo su prueba y el apelante acto seguido pidió ser absuelto por falta de prueba, moción que el juez le negó prestando entonces declaración Francisco Solano Laforet en la que manifestó que la leche que vendía la compraba a Juan R. Turull para revenderla, extremo comprobado por la declaración del último.

En vista de toda la prueba presentada en el juicio opinamos que tiene razón el apelante Turull al sostener en este recurso, como también lo hizo en la corte inferior, que es insuficiente para sostener una sentencia condenatoria contra él ya que apareció de ella claramente que la leche que resultó adulterada con agua no era de su propiedad sino perteneciente a Solano Laforet quien se la compraba y la vendía por cuenta propia y porque el certificado de depósito que en mayo de 1918 registró a su nombre Turull con el No. 17 no corresponde al del puesto en que la leche se vendía y que tiene el No. 15.

La sentencia apelada debe ser revocada.

> *Revocada la sentencia y absuelto. el acusado*
> *con las costas de oficio.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.